

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/31/2023

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

**STEIN | SAKS, PLLC**

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 31, 2023

**Via CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York

RE:   *Velazquez v. Home Controls, Inc.*
        1:22-cv-03921-MKV

Dear Judge Vyskocil:

This law firm represents Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request that the status conference currently scheduled for April 12, 2023, be adjourned because it conflicts with a religious holiday for both Parties' counsel.

We further ask that the conference not be scheduled for April 13 or May 26, 2023, so as not to conflict with other holiday dates.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

GRANTED.  The conference scheduled for April 12, 2023 at 2:30 PM is hereby adjourned to May 3, 2023 at 2:30 PM.  SO ORDERED.

Date:  3/31/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge