```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

        -against-

HOME CONTROLS, INC.,

                Defendant.

1:22-cv-3921 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court scheduled a Status Conference with the Parties in this matter for May 3, 2023. [ECF No. 34]. The Court directed the Parties to submit, one week before the Status Conference, a Joint Letter, as required by this Court's Individual Rules of Practice. [ECF No. 26]. To date, the Parties have not submitted a Joint Letter. As such, the Parties are HEREBY ORDERED to submit a Joint Letter regarding the status of this case on or before April 28, 2023 at 12:00 PM.

    **Counsel and the parties themselves are on notice that failure to comply with the Court's orders and Rules may result in sanctions, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**.

    .

**SO ORDERED.**

**Date:  April 27, 2023**
         **New York, NY**

                                    _____
                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**