**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRYAN VELAZQUEZ, on behalf of himself
and all others similarly situated,

                        Plaintiff,

-against-                                  22 **CIVIL** 3921 (MKV)

                                                **JUDGMENT**

HOME CONTROLS, INC.,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 19, 2023, Defendant's motion for judgment on the pleadings is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      July 19, 2023

                                                         **RUBY J. KRAJICK**
                                                   _____
                                                     **Clerk of Court**
                         **BY:**      *K. Mango*
                                                   _____
                                                     **Deputy Clerk**